# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

LEISURE SYSTEMS, INC.,              Case No. 1:11-cv-384
    Plaintiff

                                      Barrett, J.
vs                                      Litkovitz, M.J.

ROUNDUP, LLC, et al.,
    Defendants                            **ORDER**

        This matter was referred to the undersigned magistrate judge for a settlement conference. (Doc. 19). On January 9, 2012, the undersigned held a settlement conference at which plaintiffs, defendants, and their respective counsel attended. (Doc. 30). At the close of the conference, it was agreed by the parties that defendants would produce certain, critical financial information to plaintiff to enable the parties to determine whether to continue court-mediated settlement discussions. The parties and the undersigned agreed to discuss the continuation of the settlement conference at a telephone conference to be held on February 13, 2012.

        At the telephone status conference held this date, counsel for defendants informed the Court that the financial information has not yet been produced by his clients and the reason therefor was not apparent. Defendants have had ample time to produce this information and have provided no justification for their delay. In the interest of advancing this litigation, defendants are **GRANTED an extension of time of one week, until February 20, 2012**, to produce the financial information to plaintiff or be prepared to show cause why the Court should not impose sanctions for their failure to comply with the Court's Order to timely produce such information.

        This matter is scheduled for a telephone status conference on Monday, February 20, 2011

at 10:00 a.m.

**IT IS SO ORDERED.**

Date: 2/13/12

Karen L. Litkovitz
United States Magistrate Judge